UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ETHEL L. WEST,           ) | |
|                                     ) | |
|            Plaintiff,       ) | |
|                                     ) | CIVIL ACTION NO. |
| VS.                            ) | |
|                                     ) | 3:13-CV-3993-G (BH) |
| DALLAS POLICE DEPARTMENT,  ) | |
|                                     ) | |
|            Defendant.    ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Accordingly, the plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

March 13, 2014.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**